UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

YOLANDA STEVENSON

VERSUS

FEDERAL GOVERNMENT

CIVIL ACTION

NO. 20-114-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.12) dated January 19, 2021, to which an objection (Doc.13) was filed and considered,

**IT IS ORDERED** that Plaintiff's claims are DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and this case shall be CLOSED.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 28, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**